PROB 12C
(6/16)

Report Date: August 27, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Paul Fulsom | Case Number: 0980 2:24CR00104-MKD-1

Last Know Address of Offender: [redacted] Union Gap, Washington 98903

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 25, 2025

Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 24 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: August 13, 2026

Defense Attorney: To be assigned

Date Supervision Expires: August 11, 2029

---

**PETITIONING THE COURT**

To issue a warrant.

On August 13, 2026, a United States probation officer reviewed all the conditions of supervised release with Mr. Fulsom. He verbalized and understanding of all conditions, signed a copy of the judgment order, and was given a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Jesse Paul Fulsom is considered to be in violation of his conditions of supervised release by using controlled substance, marijuana, on or about August 16, 2026.<br><br>On August 17, 2026, Mr. Fulsom reported to the probation office as required. At that time, he submitted a urinalysis that tested presumptive positive for marijuana. He admitted to using marijuana on or about August 16, 2026, and signed a drug use admission form. |
| 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Jesse Paul Fulsom is considered to be in violation of his term of supervised release by moving from his address of record on or about August 22, 2026, without providing notification to the U.S. Probation Office.

On August 25, 2026, Mr. Fulsom's grandfather called and informed the undersigned that Mr. Fulsom had not returned to his residence since August 22, 2026. Mr. Fulsom failed to discuss any need or intent to move from his previous address of record.

3 **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jesse Paul Fulsom is considered to be in violation of his conditions of supervised release by using controlled substances, methamphetamine, amphetamine and marijuana, on or about August 24, 2026.

On August 25, 2026, Mr. Fulsom reported to the probation office as required. At that time, he submitted a urinalysis that tested presumptive positive for methamphetamine, amphetamine and marijuana. He admitted to using these substances on or about August 24, 2026, and signed a drug use admission form.

4 **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Jesse Paul Fulsom allegedly violated the above-stated condition on or about August 26, 2026, by failing to attend a scheduled substance abuse evaluation appointment at Triumph Treatment Services (Triumph).

On August 27, 2026, the undersigned contacted staff at Triumph and they advised that Mr. Fulsom failed to attend the scheduled substance abuse evaluation appointment on August 26, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/27/2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 28, 2027

Date